**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
(804) 644-1700
  *Counsel for Lynn L. Tavenner, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE:  GEORGE EASF SHAHEEN, | Case No. 11-31102-KRH |
| | Chapter 7 |
| Debtor. | |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE
WITH GLORIA DEAN SHAHEEN AND GEORGE EASF SHAHEEN**

   **PLEASE TAKE NOTICE** that Lynn L. Tavenner, Trustee for the Bankruptcy Estate of George Easf Shaheen (the "Trustee"), by counsel, has filed the *Trustee's Motion to Approve Compromise with Gloria Dean Shaheen and George Easf Shaheen* (the "Motion").  The Motion is on file in the office of the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, United States Courthouse, 701 East Broad Street, Richmond, Virginia and may be reviewed by any party in interest during normal business hours.  You may also review the Motion via the Internet at http://vaeb.uscourts.gov or by contacting the attorney below.

   On February 21, 2013, the Trustee filed a Complaint (the "Avoidance Action") against Mrs. Shaheen, seeking to, among other things, avoid two transfers: (i) an alleged gift to Mrs. Shaheen in the form of a Venture Annuity issued by John Hancock Life Insurance Company (Account No. 2627691) valued at approximately $161,847.00 (the "Annuity" or "Annuity Transfer"); and (ii) an alleged transfer to Mrs. Shaheen when the Debtor used a distribution from his individual retirement account to purchase a Certificate of Deposit (the "CD") with Virginia Commonwealth Bank (Account No. 820013506)[1] in the name of the Debtor and Mrs. Shaheen, jointly (the "CD" or "CD Transfer").

   The Trustee also objected to various exemptions asserted by the Debtor, including the exemption of various retirement funds valued at approximately $1.8 Million.  Finally, the Trustee sought recovery of the Debtor's 30.5% interest in GDS & Associates, LLC, a single-asset entity which owns an unencumbered piece of property in Virginia Beach (the "Membership Interest").  The parties have reached an agreement regarding these matters.  Pursuant to the agreement, the Trustee will retain the proceeds received in connection with the CD, which is valued at $82,003.00, receive the proceeds from the Annuity in the amount of approximately $123,997.03 and receive payment of $245,000.00.

---

[1] The other half of the CD Transfer was previously turned over to the Trustee.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**  If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must:

1. File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 9013-1 *no later than twenty-one days (21) after the filing of the Motion.*

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, Virginia 23219

2. You must also mail a copy to:

> Jeremy S. Williams, Esquire
> Kutak Rock LLP
> 1111 East Main Street, Suite 800
> Richmond, Virginia 23219

3. No hearing has been scheduled in this matter.  If you timely file an objection, a hearing will be scheduled and separate notice regarding such hearing will be provided.  If you fail to file a timely objection and attend the hearing, the Court may consider any objections you have waived and enter an order granting the relief sought.

> **LYNN L. TAVENNER, TRUSTEE**
>
> By /s/ Jeremy S. Williams
> Counsel

**KUTAK ROCK LLP**
Loc Pfeiffer, VSB No. 39632
Jeremy S. Williams, VSB No. 77469
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
804-644-1700
loc.pfeiffer@kutakrock.com
jeremy.williams@kutakrock.com
  *Counsel for Lynn L. Tavenner, Trustee*

4826-0394-6525.1

## **CERTIFICATE OF SERVICE**

       I hereby certify under penalty of perjury that on October 2, 2014, a true and exact copy of the foregoing was served via electronic mail and first-class mail on the following parties and all creditors pursuant to the attached service list:

*Counsel for Defendant:*
Bruce H. Matson
Bruce.Matson@leclairryan.com

*Debtor and Defendant:*
George Easf Shaheen
Gloria Dean Shaheen
786 Cedar Run Trail
Manakin-Sabot, VA  23103

                                          /s/ Jeremy S. Williams
                                               Counsel

# SERVICE LIST

Alan R. Kemp, Jr. (notice)
2260 Waters Mill Circle
Richmond, VA 23235

Balzer & Associates, Inc.
501 Branchway Rd
Richmond, VA 23236

BB&T Bankruptcy
PO Box 1847
Wilson, NC 27894

Branch Banking and Trust Company
Troutman Sanders LLP
Attn: Joseph Minock
PO Box 1122
Richmond, VA 23218-1122

Branch Banking and Trust Company
823 E. Main Street
Richmond, VA 23219

Downing Surveyors (notice)
305 S Washington Hwy # K
Ashland, VA 23005-2257

G&W, LLC (notice)
c/o Shaheen & Shaheen, Reg Agt
8890 Three Chopt Road
Richmond, VA 23229

IRS Special Procedures (notice)
PO Box 10025, Room 898
Richmond VA 23240

Kemp/Lang Associates, LLC (notice)
c/o David C. Martin, Reg Agt
PO Box 353
Midlothian, VA 23113

KLS, LLC (notice)
c/o David C. Martin, Reg Agt
PO Box 353
Midlothian, VA 23113

Lexon Insurance Co.
c/o Ellen Parnell
256 Jackson Meadow Dr., Ste. 201
Hermitage, TN 37076

Terry D. Godbolt (notice)
c/o Stephen Conte, Esq.
Blackburn, Conte, Schilling & Click, P.C
300 W. Main St.
Richmond, VA 23220

Terry T. Godbolt (notice)
c/o Stephen Conte, Esq.
Blackburn, Conte, Schilling & Click, P.C
300 W. Main St.
Richmond, VA 23220

US Trustee
6701 East Broad Street, Ste 4304
Richmond, VA 23219

VA Dept of Tax, Bkrtcy (notice)
PO Box 1880
Richmond, VA 23218-1880

Wallace C. Lang, III (notice)
c/o David K. Spiro, Esq.
Hirschler Fleischer
Post Office Box 500
Richmond, VA 23218-0500

4826-0394-6525.1